# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33 - Briefing**

October 13, 2023

*By the Court*:

| | |
|---|---|
| No. 23-2940 | NICHOLAS GASH,<br>             Plaintiff - Appellant<br><br>v.<br><br>ROSALIND FRANKLIN UNIVERSITY, et al.,<br>             Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-02054<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo | |

Pursuant to Circuit Rule 33, briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by November 27, 2023.

2. The brief of the appellees is due by December 27, 2023.

3. The reply brief of the appellant, if any, is due by January 17, 2023.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**     (form ID: **193**)